**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Amin A. Rashid,　　　　　　　　　　　　　　　　Case No. 4:15 CV 2724

　　　　　　Petitioner

　　　v.　　　　　　　　　　　　　　　　　　　JUDGMENT ENTRY

Ralph Hanson,

　　　　　　Respondent

　　In accordance with the Order filed contemporaneously in this case, it is hereby ORDERED that this action is dismissed. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal could not be taken in good faith.

　　　　　　　　　　　　　　　　　　　　/s/ James G. Carr
　　　　　　　　　　　　　　　　　　　　Sr. U.S. District Judge